IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*In Re:*

| | | |
|---|---|---|
| DEBORAH J. SINATRA, | : | Chapter 13 |
| d/b/a DEBORAH SINATRA INTERIORS | : | |
| Debtor(s) | : | |
| | : | |
| WILMINGTON SAVINGS FUND | : | Case No: 5-20-00301-RNO |
| SOCIETY, FSB, d/b/a CHRISTIANA | : | |
| TRUST, NOT INDIVIDUALLY BUT AS | : | |
| TRUSTEE FOR PRETIUM MORTGAGE | : | |
| ACQUISITION TRUST | : | |
| Movant(s) | : | |
| vs. | : | |
| | : | |
| DEBORAH J. SINATRA, | : | |
| d/b/a DEBORAH SINATRA INTERIORS | : | |
| CHARLES J. DEHART, III, Ch. 13 Trustee | : | |
| Respondent(s) | : | |

**RESPONSE TO MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST FOR RELIEF FROM THE AUTOMATIC STAY <u>UNDER SECTION 62</u>**

**AND NOW COMES,** Deborah J. Sinatra, d/b/a Deborah Sinatra Interiors, by and through her attorney, Kimberly D. Martin, and files this Response as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied and strict proof thereof is demanded at trial.

7. Denied and strict proof thereof is demanded at trial.

8. Denied and strict proof thereof is demanded at trial.

9. Denied and strict proof thereof is demanded at trial.

10. Denied and strict proof thereof is demanded at trial.

**WHEREFORE,** Deborah J. Sinatra, d/b/a Deborah Sinatra Interiors, Debtor, respectfully requests this Honorable Court deny Movant's Motion for Relief and for such other and further relief as the Court deems just and proper.

Dated: 09/17/2020						Respectfully Submitted,

							_____/s/_____
							Kimberly D. Martin, Esquire
							1022 Court Street
							Honesdale, PA 18431
							(570) 253-6899
							Attorney for Debtor
							kmartin@martin-law.net