## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*In Re:*

| | | |
|---|---|---|
| DEBORAH J. SINATRA, | : | Chapter 13 |
| d/b/a DEBORAH SINATRA INTERIORS | : | |
| Debtor(s) | : | |
| | : | |
| WILMINGTON SAVINGS FUND | : | Case No: 5-20-00301-MJC |
| SOCIETY, FSB, d/b/a CHRISTIANA | : | |
| TRUST, NOT INDIVIDUALLY BUT AS | : | |
| TRUSTEE FOR PRETIUM MORTGAGE | : | |
| ACQUISITION TRUST | : | |
| Movant(s) | : | |
| vs. | : | |
| | : | |
| DEBORAH J. SINATRA, | : | |
| d/b/a DEBORAH SINATRA INTERIORS | : | |
| and JACK N. ZAHAROPOULOS (Trustee) | : | |
| Respondent(s) | : | |

## ORDER GRANTING MOTION TO RECONSIDER

Upon consideration of the foregoing Debtor's Motion to Reconsider Order Modifying Automatic Stay, it is hereby

**ORDERED,** that the Motion to Reconsider Order Modifying Automatic Stay is GRANTED and that the Automatic Stay is reinstated.