# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
DEBORAH J. SINATRA,
D/B/A DEBORAH SINATRA INTERIORS

CHAPTER 13

CASE NO. 5-20-bk-00301-MJC

**Debtor(s)**

WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGEACQUISITION TRUST

ADVERSARY NO. __-__-ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
DEBORAH J. SINATRA,
D/B/A DEBORAH SINATRA INTERIORS
AND JACK N. ZAHAROPOULOUS (Trustee)

Nature of Proceeding: Motion to Reconsider Order

**Defendant(s)/Respondent(s)**

Document #: _____

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

The parties are attempting to resolve the matter and require additional time to research payments made by the Debtor.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 9/7/2021

/s/Kimberly D. Martin, Esquire

Attorney for Deborah J. Sinatra, Debtor

Name: Kimberly D. Martin, Esquire

Phone Number: 570-253-6899

---

[1] No alterations or interlineations of this document are permitted.