LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
DEBORAH J. SINATRA,
D/B/A DEBORAH SINATRA INTERIORS

CHAPTER __13__

CASE NO. _5_ - _20_ -bk- _00301-MJC_

Debtor(s)
WILMINGTON SAVINGS FUND SOCIETY,
FSB, d/b/a CHRISTIANA TRUST, NOT
INDIVIDUALLY BUT AS TRUSTEE FOR
PRETIUM MORTGAGEACQUISITION TRUST

ADVERSARY NO. __-__ ·ap-_____
(if applicable)

Plaintiff(s)/Movant(s)
vs.
DEBORAH J. SINATRA,
D/B/A DEBORAH SINATRA INTERIORS
AND JACK N. ZAHAROPOULOUS (Trustee)

Nature of Proceeding: Motion to

Reconsider Order

Defendant(s)/Respondent(s)

Document #: _____

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
The parties are attempting to resolve the matter and require additional time to research payments made by the Debtor.

*Please continue for at least 30 days.*

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: __10-13-2021__

/s/Kimberly D. Martin, Esquire

Attorney for Deborah J. Sinatra, Debtor

Name: Kimberly D. Martin, Esquire

Phone Number: 570-253-6899

---

[1] No alterations or interlineations of this document are permitted.