LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
DEBORAH J. SINATRA
D/B/A DEBORAH SINATRA INTERIORS

**Debtor(s)**

WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGEACQUISITION TRUST

**Plaintiff(s)/Movant(s)**
vs.

DEBORAH J. SINATRA,
D/B/A DEBORAH SINATRA INTERIORS
AND JACK N. ZAHAROPOULOUS

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 5 - 20 -bk- 00301-MJC

ADVERSARY NO. ___-___-ap-_____
(if applicable)

Nature of Proceeding: Motion

Pleading: Reconsider Order

Document #: 

# REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

✔ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ✔ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 11/15/2021       /s/Kimberly D. Martin, Esq.
                        Attorney for Debtor

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.