# UNITED STATES BANKRUPTCY COURT
## MIDDLE District of PENNSYLVANIA

In re:  
DEBORAH J. SINATRA  
Debtor(s).

Case No. 20-00301

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST</u>  
Name of Secured Creditor

Court Claim # 4-2

Old Address of Secured Creditor:

Selene Finance, LP  
9990 Richmond Ave.  
Suite 400 South  
Houston TX 77042

New Name and/or Address where **NOTICES** to Secured Creditor should be sent:

Selene Finance LP  
Attn: BK Dept  
3501 Olympus Blvd, Suite 500  
Dallas, TX 75019

Name and/or Address where **PAYMENTS** to Secured Creditor should be sent (if different from above):

Selene Finance LP  
Attn: BK Dept  
3501 Olympus Blvd, Suite 500  
Dallas, TX 75019

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/        Luiz Brito                      Date:      5/25/2022  
    Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on May 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DEBORAH J. SINATRA
134 GOLF DRIVE
CRESCO PA, 18326

And via electronic mail to:

JOHN J. MARTIN
LAW OFFICES JOHN J. MARTIN
1022 COURT STREET
HONESDALE, PA 18431

KIMBERLY D MARTIN
LAW OFFICES OF JOHN J. MARTIN
1022 COURT STREET
HONESDALE, PA 18431

JACK N ZAHAROPOULOS (TRUSTEE)
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

            By: /s/ Laura Stewart