UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re:<br>Deborah J. Sinatra<br>*dba* Deborah Sinatra Interiors,<br>    Debtor.<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,<br>    Movant,<br><br>v.<br><br>Deborah J. Sinatra<br>*dba* Deborah Sinatra Interiors, and<br><br>Jack N Zaharopoulos, Trustee,<br>    Respondents. | Bankruptcy No. 5:20-bk-00301-MJC<br><br>Chapter 13<br><br>Related Doc.: 30, 32 |

## ORDER VACATING AUTOMATIC STAY

Upon consideration of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Certification of Default of Stipulation Resolving Motion for Relief from Stay, it is hereby

**ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust; and it is further

**ORDERED**, that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 2384 Golf Drive, Mountain Home, PA 18342, including without limitation a

sheriff's sale of the property, and it is further

**ORDERED,** that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 8, 2022