**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: DEBORAH J. SINATRA
DBA: DEBORAH SINATRA
INTERIORS

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-20-00301-MJC

DEBORAH J. SINATRA
DBA: DEBORAH SINATRA
INTERIORS

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on November 3, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 3, 2022, the Debtor(s) is/are $4,500.00 in arrears with a plan payment having last been made on Jul 05, 2022.

In accordance with said stipulation, the case may be dismissed.

Respectfully Submitted,
/s/ Agatha R. McHale, Esquire
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 3, 2022

Case 5:20-bk-00301-MJC    Doc 74    Filed 11/03/22    Entered 11/03/22 13:04:32    Desc
Main Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DEBORAH J. SINATRA
DBA: DEBORAH SINATRA INTERIORS

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-20-00301-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 3, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

JOHN J. MARTIN, ESQUIRE
1022 COURT STREET
HONESDALE, PA 18431-

SERVED ELECTRONICALLY

DEBORAH J. SINATRA
134 GOLF DRIVE
CRESCO, PA 18326

SERVED BY 1ST CLASS MAIL

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 3, 2022

/s/ Matt Arcuri
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com